JOHN W. HUBER, United States Attorney (#7226)
JAMIE Z. THOMAS, United States Attorney (#9420)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone:  (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. CHRISTIAN SALINAS MOLINA Defendants. | SEALED COMPLAINT COUNT I: Possession of Heroin with Intent to Distribute **21 U.S.C. § 841(a)(1)** COUNT II: Possession of a Firearm in Furtherance of a Drug Trafficking Crime **18 U.S.C. § 924(c)(1)(A)** COUNT III: Felon in Possession of Firearms and Ammunition **18 U.S.C. § 922(g)(1)** Magistrate Judge Dustin B. Pead |
|---|---|

Before the Honorable Dustin B. Pead, United States Magistrate Judge for the

District of Utah, appeared the undersigned, who on oath deposes and says:

**COUNT I**
21 U.S.C. § 841(a)(1)
(Possession of Heroin with Intent to Distribute)

On or about November 5, 2019, in the Central Division of the District of Utah,

1

CHRISTIAN SALINAS MOLINA,

defendant herein, did knowingly and intentionally possess with intent to distribute 100 grams or more of heroin, a Schedule I controlled substance within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. § 841(a)(1), and punishable pursuant to 21 U.S.C. § 841(b)(1)(B).

## COUNT II
18 U.S.C. § 924(c)(1)(A)
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about November 5, 2019, in the Central Division of the District of Utah,

CHRISTIAN SALINAS MOLINA,

defendant herein, did knowingly possess a firearm, to wit: a Ruger, model Mark III, .22 caliber pistol in furtherance of a drug trafficking crime, to wit: Possession of Heroin with Intent to Distribute, as alleged in Count I of the Complaint, which Count is incorporated herein by reference; all in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT III
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm)

On or about November 5, 2019, in the Central Division of the District of Utah,

CHRISTIAN SALINAS MOLINA,

defendant herein, knowing he had been convicted of a crime punishable by imprisonment for more than one year, did knowingly possess a firearm, to wit: one Ruger .22 caliber pistol, and the firearm was in and affecting commerce; all in violation of 18 U.S.C. § 922(g)(1).

This complaint is made on the basis of investigation consisting of the following:

**Agent Background**

1. I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been since May 10, 2016. I am assigned to the Salt Lake City Field Office, in the District of Utah. I have completed the twelve (12) week Criminal Investigator Training Program and the fourteen (14) week Special Agent Basic Training course at the Federal Law Enforcement Training Center in Glynco, Georgia. These courses consisted of classes in federal law, evidence handling, interviewing techniques, firearms investigations, explosive investigations, arson investigations and tactical training in the execution of search and arrest warrants. Prior to my employment by the ATF, I was a Law Enforcement Officer (LEO) in Utah for almost 15 years. I attended the Utah State Peace Officers Standards and Training Academy (P.O.S.T) where I received a block of narcotics identification and basic investigation instruction from experts in the field. During the course of my employment, I have attended several training courses focusing on narcotics investigations and criminal street gangs. As a Police Officer assigned to the patrol division I routinely came in contact with admitted narcotics users and distributors. During this time, I made several arrests of persons in violation of the Controlled Substance Act.

2. I was assigned to the Salt Lake Area Gang Project / Metro Gang Unit from April 2010 through 2015. During this assignment, I attended and taught training courses

at five annual Utah Gang Conferences. In addition to these local gang conferences, your affiant has attended several gang and narcotics conferences throughout the country.

## Statement of Probable Cause

3. On November 5, 2019, a search warrant was executed at MOLINA's hotel room; specifically the Ramada Inn, located at 1659 West North Temple Street, rooms 219 and 221. Prior to serving the warrant, detectives confirmed with management, that MOLINA rented the room(s), and that rooms 219 and 221 were now a single suite.

4. Detectives located 213.2 grams of Heroin. The substance field-tested positive for Heroin.

5. Detectives located one Ruger; model Mark III, .22 caliber pistol inside a backpack. In addition, a digital scale was located inside the backpack.

6. Post Miranda, MOLINA admitted to selling narcotics, and stated he (MOLINA) has been doing so for the past two months. MOLINA also stated he had a firearm inside his room and he (MOLINA) has it for protection.

7. Your affiant has verified that the firearm located in MOLINA's hotel room traveled in and affecting interstate commerce. Your affiant has also verified that MOLINA is a convicted felon, and is currently on felon probation with Adult Probation and Parole with the State of Utah.

Based on the foregoing information, your affiant respectfully requests that a warrant of arrest be issued for CHRISTIAN SALINAS MOLINA for violations of 21 U.S.C. § 841(a)(1), 18 U.S.C. § 924(c)(1)(A), and 18 U.S.C. § 922(g)(1).

_____
Affiant,
Special Agent James Morton

SUBSCRIBED AND SWORN to before me this \_\_\_\_\_ day of March 2020.

_____
Dustin B. Pead
United States Magistrate Court Judge

APPROVED:


JOHN W. HUBER
United States Attorney


 /s/ *Jamie Z. Thomas*
Jamie Z. Thomas
Assistant United States Attorney

5